**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jack Dean WALKING EAGLE, aka Jack Deon Walking Eagle, Defendant—Appellant.**

**No. 08–30070.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Richard A. Hosley, III, Esquire, Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Joseph Mayo Ashley, I, Ashley Law Office, Helena, MT, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Jack Deon Walking Eagle appeals from his 271–month sentence imposed following

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

his guilty-plea conviction for assault with intent to commit murder, in violation of 18 U.S.C. §§ 1153(a), 113(a)(1), and use of a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Walking Eagle's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.